UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHELTON CARMEN-OWENS,

    Plaintiff,

v.                                                      Case No. 3:23-cv-1152-TJC-PDB

FOURTH JUDICIAL CIRCUIT
COURT,

    Defendant.

## O R D E R

This case is before the Court on the United States Magistrate Judge's Report and Recommendation recommending dismissing the case and directing the clerk to terminate the pending motion and close the file. Doc. 3. No party has filed an objection, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 3, it is hereby

**ORDERED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 3, is **ADOPTED** as the opinion of the Court.

2.     The clerk is **DIRECTED** to terminate the Motion to Proceed In Forma Pauperis, Doc. 2, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 3rd day of November, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

vng
Copies to:

The Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record